**No. 69723.**—Cavalier Mica Corporation *v.* United States, protest 65/2144 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 69724.**—Dorf International, Ltd. *v.* United States, protests 65/7658 and 65/7659 (New York).

Opinion by Ford, J. An examination of the papers in the case showing that the protests were not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protests were dismissed as untimely.

Before the First Division, December 29, 1965

**No. 69725.**—Colonial Process Supply Co., Inc., et al. *v.* United States, protests 65/1959, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of Vulkollan strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiffs was sustained.

Before the Second Division, December 29, 1965

**No. 69726.**—The Waller Corporation *v.* United States, protests 63/11692–13528, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.

**No. 69727.**—The Waller Corporation et al. *v.* United States, protests 64/1245–13946, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.

**No. 69728.**—Waller Corporation et al. *v.* United States, protests 64/19349–14489, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.